469 A.2d 305

Commonwealth v. Doswell, Appellant.

Submitted September 30, 1983. John Wessley Doswell, appellant, in propria persona; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Order reversed and case remanded for further proceedings.

469 A.2d 306

Commonwealth v. Finks, Jr., Appellant.

Submitted October 21, 1983. David H. Kubert, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Order affirmed.